**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| WILLIE FITZGERALD MCCALPINE, | ) | CASE NO. 15-64899-JRS |
| | ) | |
| DEBTOR. | ) | |

**MOTION FOR EXPEDITED HEARING ON DEBTOR'S MOTION TO RECONSIDER DISMISSAL ORDER**

COMES NOW the Debtor, Willie Fitzgerald McCalpine, by and through his undersigned counsel, and files this Motion for Expedited Hearing on Debtor's Motion to Reconsider Dismissal Order, showing this Honorable Court as follows:

1.

On February 10, 2016, Debtor filed a Motion to Reconsider Dismissal Order (Doc. No. 20).

2.

Debtor files this Motion in order to protect his assets from repossession/sale and foreclosure.

3.

Debtor asserts that the Motion needs to be expedited in order to accomplish a successful Chapter 13 plan.

WHEREFORE, the Debtor prays:

(a) That this Motion for Expedited Hearing be filed, read and considered;
(b) That this Motion be granted and an expeditied hearing be held on Debtor's Motion To Reconsider Dismissal Order; and
(c ) That this Honorable Court grant such other and further relief as it may deem just and proper.

Respectfully submitted,

/s/
Lureece D. Lewis, Esq.

Dated: February 11, 2016

Attorney for the Debtor
GA Bar No.: 520077
547 Ponce de Leon Ave., Ste. 150
Atlanta, GA 30308
(888) 777-4910
(866) 799-7178 Fax
lureece.lewis@cochranfirmbk.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| WILLIE FITZGERALD MCCALPINE, | ) | CASE NO. 15-64899-JRS |
| | ) | |
| DEBTOR. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that the below listed parties have been served with a true and correct copy of the attached pleading by depositing a copy of same in the United States Mail with sufficient postage and properly addressed to ensure delivery. Any FDIC insured depository institutions have been served by Certified Mail in accordance with Fed. R. Bankr. P.7004(h).

Nancy J. Whaley (VIA ECF)
Chapter 13 Trustee

Willie Fitzgerald McCalpine
463 Four Winds Plaza
Lilburn, GA 30047

(Attached Creditor List)

Respectfully submitted,

Dated: February 11, 2016

/s/
Lureece D. Lewis, Esq.
Attorney for the Debtor
GA Bar No.: 520077
547 Ponce de Leon Ave., Ste. 150
Atlanta, GA 30308
(888) 777-4910
(866) 799-7178 Fax
lureece.lewis@cochranfirmbk.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 15-64899-jrs<br>Northern District of Georgia<br>Atlanta<br>Wed Feb 10 17:01:57 EST 2016 | Ar Resources Inc<br>1777 Sentry Pkwy W<br>Blue Bell, PA 19422-2206 | Credit Collections Svc<br>Po Box 773<br>Needham, MA 02494-0918 |
| Eos Cca<br>Po Box 981008<br>Boston, MA 02298-1008 | Georgia Department of Revenue<br>1800 Century Center Blvd., NE<br>Atlanta, GA 30345 | Harmony Adams<br>3872 Johnson Drive<br>Snellville, GA 30039-8446 |
| Internal Revenue Service<br>Insolvency Unit<br>401 Peachtree St NW, Stop 335D<br>Atlanta, GA 30308 | Pfs<br>Po Box 811<br>Spartanburg, SC 29304-0811 | Professional Financial Services<br>PO Box 1893<br>Spartanburg, SC 29304-1893 |
| Regional Acceptance<br>2300 Pleasant Hill Rd.<br>Duluth, GA 30096-1703 | Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 | Santander Consumer USA Inc.<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 | David G. Poston<br>The Cochran Firm Bkr, LLP<br>Suite 150<br>547 Ponce de Leon Avenue<br>Atlanta, GA 30308-1881 | Nancy J. Whaley<br>Nancy J. Whaley, 13 Trustee<br>Suite 120<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1286 |
| Willie Fitzgerald McCalpine<br>3872 Johnson Dr<br>Snellville, GA 30039-8446 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients    0<br>Total    15 | |