**IT IS ORDERED as set forth below:**



**Date: February 16, 2016**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| WILLIE FITZGERALD MCCALPINE, | * | CASE NO. 15-64899-JRS |
| | * | |
| DEBTOR. | * | |

**ORDER AND NOTICE ON MOTION FOR EXPEDITED HEARING
ON MOTION TO RECONSIDER DISMISSAL ORDER**

On February 10, 2016, the Debtor filed a Motion to Reconsider Dismissal Order (the "Motion," Doc. No. 20). The Court has reviewed the Motion, and for good cause it is hereby

**ORDERED** that the Debtor's request to expedite the hearing on the Motion is GRANTED; and it is further

**ORDERED** that the hearing on the Debtor's Motion for Expedited Hearing on Motion to Reconsider Dismissal Order will take place in **Courtroom 1404**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at **10:45 a.m. on February 23, 2016**.

Pursuant to BLR 9007-2, the attorney for the Debtor shall promptly transmit a copy of this Notice by mail, telephone, and/or fax on all interested parties and file Certificate of Service with the Clerk's Office within one (1) business day.

Prepared and submitted by:

\_\_\_\_\_/s/_____
Lureece D. Lewis, Esq.
Attorney for Debtor
GA Bar No. 520077
The Cochran Firm
547 Ponce De Leon NE
Suite 150
Atlanta, GA 30308
Lureece.lewis@cochranfirmbk.com
888.777.4910 Phone
866.799.7178 Fax