IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| WILLIE FITZGERALD MCCALPINE | ) | CASE NO. 15-64899-JRS |
| | ) | |
| DEBTOR. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within *Order and Notice On Motion For Expedited Hearing On Motion To Reconsider Dismissal Order* upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Willie Fitzgerald Mccalpine

3872 Johnson Dr.

Snellville, GA 30039


(See Creditor Matrix)


I further certify that, by agreement of parties, Nancy J. Whaley, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated: February 17, 2016

/s/ Lureece D. Lewis, Esq.
Lureece D. Lewis, Esq.
Attorney for Debtor
GA Bar No. 520077
The Cochran Firm
Atlanta Bankruptcy, LLP
547 Ponce de Leon Ave.
Suite 150
Atlanta, GA 30308
(888) 777-4710
lureece.lewis@cochranfirmbk.com

1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 15-64899-jrs<br>Northern District of Georgia<br>Atlanta<br>Tue Feb 16 14:07:44 EST 2016 | Ar Resources Inc<br>1777 Sentry Pkwy W<br>Blue Bell, PA 19422-2206 | Credit Collections Svc<br>Po Box 773<br>Needham, MA 02494-0918 |
| Eos Cca<br>Po Box 981008<br>Boston, MA 02298-1008 | Georgia Department of Revenue<br>1800 Century Center Blvd., NE<br>Atlanta, GA 30345 | Harmony Adams<br>3872 Johnson Drive<br>Snellville, GA 30039-8446 |
| Internal Revenue Service<br>Insolvency Unit<br>401 Peachtree St NW, Stop 335D<br>Atlanta, GA 30308 | Pfs<br>Po Box 811<br>Spartanburg, SC 29304-0811 | Professional Financial Services<br>PO Box 1893<br>Spartanburg, SC 29304-1893 |
| Regional Acceptance<br>2300 Pleasant Hill Rd.<br>Duluth, GA 30096-1703 | Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 | Santander Consumer USA Inc.<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 | David G. Poston<br>The Cochran Firm Bkr, LLP<br>Suite 150<br>547 Ponce de Leon Avenue<br>Atlanta, GA 30308-1881 | Nancy J. Whaley<br>Nancy J. Whaley, 13 Trustee<br>Suite 120<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1286 |
| Willie Fitzgerald McCalpine<br>3872 Johnson Dr<br>Snellville, GA 30039-8446 | End of Label Matrix<br>Mailable recipients   15<br>Bypassed recipients    0<br>Total                 15 | |